UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**JAMIE OSUNA,** | No. 1:26-mc-00096-SAB<br><br>ORDER DIRECTING SUPERVISING DEPUTY ATTORNEY TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO BE EXEMPT FROM ELECTRONIC FILING OF COMPLAINT |

On August 21, 2026, inmate Jamie Osuna filed a motion for leave and/or exemption from the requirement to electronically file his civil rights complaint pursuant to 42 U.S.C. § 1983.

**I.**

**DISCUSSION**

On March 1, 2016, this Court issued a Standing Order for the United States District Court for the Eastern District of California, Fresno Division, that describes a pilot program in which the Court and the California Department of Corrections and Rehabilitation (CDCR) have agreed to participate in a program whereby initial pleadings submitted by prisoners in civil rights cases involving conditions of confinement claims are electronically filed. As part of this pilot program, CDCR has agreed to collaborate with the Court to obtain and maintain participating penal institutions under the program. Participating penal institutions shall be those institutions which CDCR and the Court agree shall participate in the program. This pilot program is designed to reduce the costs of processing court filings in civil rights cases brought by incarcerated Plaintiffs pursuant to 42 U.S.C. § 1983. This Standing Order only applies to initial filings by Plaintiffs which is defined as the complaint, an application to proceed in forma pauperis without prepayment of fees, or a motion seeking relief from this Standing Order or a motion for emergency relief. At a CDCR participating facility, no initial documents will be accepted for filing by the Clerk of the Court unless done pursuant to the Standing Order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours. After the initial filings,

all other filings shall be mailed and comply with the Local Rules for the United States District Court for the Eastern District of California. Issues regarding access to the e-filing program in the Fresno Division of this Court are referred to the undersigned for determination and authorization to open a miscellaneous proceeding prior to accepting the civil complaint should the magistrate judge deem it necessary.

Plaintiff has filed a request to be exempt from the e-filing requirement, along with a copy of the proposed complaint. Plaintiff submits that he "is housed in RHU and has no direct access to the institutional scanner or preprogrammed digital sender used for initial federal filings." (ECF No. 1 at 1.) In order to properly evaluate Plaintiff's motion, the Court will order a response to be filed by Supervising Deputy Attorney Lawrence Bragg.

**II.**

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. Within **seven (7)** days from the date of this order, Supervising Deputy Attorney Lawrence Bragg shall file a response to Plaintiff's motion; and
2. No case as to the merits of Mr. Osuna's claim will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's electronic filing procedures.

IT IS SO ORDERED.

Dated: **August 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge