# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**IN RE:**

**JAMIE OSUNA,**

Case No. 1:26-mc-00096-SAB

ORDER DENYING PLAINTIFF'S MOTION TO BE EXEMPT FROM ELECTRONIC FILING OF COMPLAINT AS MOOT

(ECF No. 1)

As relevant here, on August 21, 2026, Plaintiff filed a motion for leave and/or exemption from the requirement to electronically file his civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On August 25, 2026, the Court ordered the Supervising Deputy Attorney to file a response to Plaintiff's motion. (ECF No. 2.) The Supervising Deputy Attorney timely responded explaining that because Plaintiff attached a copy of the complaint he intended to file to his motion, the staff at California State Prison-Corcoran had already electronically filed the complaint. (ECF No. 3.) Upon review, of the Court's case filing system, the Court confirms that Plaintiff's complaint has been filed in Case No. 1:26-cv-06848-KES-EGC (PC). Accordingly, because Plaintiff's complaint has been filed, his motion to for leave and/or exemption from the requirement to electronically file his civil rights complaint is now moot.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to be exempt from electronic filing of the complaint (ECF No. 1) is DENIED as MOOT; and

2. The instant miscellaneous action should be closed.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge